UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY SUPERIOR COURT, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2263 MCE AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff Robert Gibbs proceeds pro se with a civil rights complaint challenging conditions of his prior incarceration in the Shasta County Jail. On June 11, 2020, following his release from confinement, plaintiff submitted a non-prisoner application to proceed in forma pauperis. ECF No. 9. By order filed July 14, 2020, this court directed plaintiff to submit, within 21 days after service of the court's order, a supplemental affidavit clarifying the value of his "land in Shasta County." ECF No. 10. Plaintiff was informed that "[f]ailure . . . to timely submit this supplemental affidavit will result in a recommendation that this action be dismissed without prejudice." Id. at 3.

　　　　The deadline has expired without plaintiff responding to the court's order or otherwise communicating with the court.

////

1

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for lack of prosecution.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after service of these findings and recommendations, petitioner may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 12, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE